1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY WEATHINGTON,                    1:07-CV-0870 OWW WMW HC

12            Petitioner,

13            vs.                            ORDER TO SUBMIT A NON
                                            PRISONER APPLICATION TO
14   STEPHEN W. MAYBERG,                          PROCEED IN FORMA PAUPERIS
                                            **OR** PAY FILING FEE
15            Respondent.
     _____/

16

17          Petitioner Anthony Weathington ("petitioner") is a civil detainee proceeding pro

18   se in a civil rights action pursuant to 28 U.S.C. § 2254.  Petitioner filed his petition on April 30,

     2007.

19          Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.

20   are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.

21   Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

22          Petitioner has not paid the $5.00 filing fee, or submitted an application to proceed

23   in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS

24   HEREBY ORDERED that:

25          1.      The Clerk's Office shall send to petitioner the form for application to

26

1  proceed in forma pauperis **for a non-prisoner;**

2              3.       Within thirty days of the date of service of this order, petitioner shall

3  submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the

4  alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in

5  a recommendation that this action be dismissed.

6  IT IS SO ORDERED.

7  **Dated:    July 13, 2007**              _____/s/  **William M. Wunderlich**_____
                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2